UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| PHIL MICHAEL RICHARD # 536508 | * * * | CIVIL ACTION NO. 2:16-cv-435 |
| v. | * * * | JUDGE MINALDI |
| STATE OF LOUISIANA | * | MAGISTRATE JUDGE KAY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 4) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that Richard's claim is **DISMISSED WITH PREJUDICE** in compliance with FED. R. CIV. P. 41(b).

Lake Charles, Louisiana, this 25 day of _____July_____, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE